JOHN M. FERRISS, Respondent, v. THE ERICKSON COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN B. DOYLE, Respondent, v. UNITED STATES BOND AND MORTGAGE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements,

with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.